In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-09-00134-CR


____________________



DEVIN NIJEL MARTIN a/k/a DEVON ANDRE MARTIN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 07-00784






 MEMORANDUM OPINION


 Pursuant to a plea bargain agreement, appellant Devin Nijel Martin a/k/a Devon Andre
Martin pled guilty to unlawful possession of a firearm by a felon. The trial court found the
evidence sufficient to find Martin guilty, but deferred further proceedings, placed Martin on
community supervision for five years, and assessed a fine of $500. The State subsequently
filed a motion to revoke Martin's unadjudicated community supervision. Martin pled "true"
to two violations of the conditions of his community supervision. The trial court found that
Martin violated the conditions of his community supervision, found Martin guilty of unlawful
possession of a firearm by a felon, and assessed punishment at nine years of confinement. 

 Martin's appellate counsel filed a brief that presents counsel's professional evaluation
of the record and concludes the appeal is frivolous. See Anders v. California, 386 U.S. 738,
87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim. App.
1978). On June 18, 2009, we granted an extension of time for appellant to file a pro se brief. 
We received no response from appellant. We reviewed the appellate record, and we agree
with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it
unnecessary to order appointment of new counsel to re-brief the appeal. Compare Stafford
v. State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment. (1)

 AFFIRMED.


 ____________________________

 HOLLIS HORTON

 Justice 


Submitted on October 15, 2009 

Opinion Delivered October 21, 2009

Do Not Publish


Before McKeithen, C.J., Kreger and Horton, JJ.


1. Appellant may challenge our decision in this case by filing a petition for discretionary
review. See Tex. R. App. P. 68.